[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 97-8538
Non-Argument Calendar
_____
D. C. Docket No. 1:95-CV-1210-MHS

L. C., by JOHNATHAN ZIMRING, as guardian
ad litem and next friend, et al.,

Plaintiffs-Appellees,

versus

TOMMY OLMSTEAD, Commissioner of the Department of
Human Resources; et al.,

Defendants-Appellants.
_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES
(December 21, 1999)

Before TJOFLAT and BARKETT, Circuit Judges, and PROPST*, Senior District Judge.

PER CURIAM:

We remand this case to the district court for proceedings consistent with the

Supreme Court's opinion in <u>Olmstead v. Zimring</u>, 119 S.Ct. 2176 (1999).

_____
*Honorable Robert B. Propst, Senior U.S. District Judge for the Northern District of Alabama, sitting by designation.